IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01155-MSK-KLM

CLEVE A. PAGE,

    Plaintiff,

v.

INMATE CLINICAL SERVICES,
COLORADO DEPARTMENT OF CORRECTIONS,
KATHY RITTENHOUSE,
JO ANN STOCK, and
BRIAN R. WEBSTER,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 7 2007

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.

Dated this 17th day of September, 2007.

BY THE COURT:

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01155-MSK-KLM

Cleve A. Page
Prisoner No. 115448
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Inmate Clinical Services,
Colorado Department of Corrections,
Kathy Rittenhouse, Jo Ann Stock,
and Brian R. Webster - **WAIVER \***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Inmate Clinical Services, Colorado Department of Corrections, Kathy Rittenhouse, Jo Ann Stock, and Brian R. Webster; and to John Suthers: AMENDED COMPLAINT FILED 08/20/07, SUMMONS, WAIVER\*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 9/17/07.

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk